

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado;
Appellants

v.

**LONESTAR RESOURCES, INC.**, Ezra Alderman Ranches, Inc.,
and Union Pacific Railroad Company,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED IN PART. Specifically, we AFFIRM the trial court's summary judgment as to appellants' "failure to issue a slow order" claim against appellee Union Pacific Railroad Company and their failure-to-warn claim against appellee Lonestar Resources, Inc. The remainder of the trial court's judgment is REVERSED. We REMAND the Prados' failure-to-warn claim against Union Pacific Railroad Company and Ezra Alderman Ranches, Inc. to the trial court for further proceedings.

We further ORDER that the parties shall bear their own costs of this appeal.

SIGNED July 28, 2021.

Luz Elena D. Chapa, Justice

---

[1] Sitting by assignment.